# In the United States Court of Federal Claims

* * * * * *

RALPH B. BAILEY and *
DIANNE L. BAILEY,
*
Plaintiffs, No. 06-39T
*
v. Filed: March 23, 2006
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * *

**ORDER**

The parties' joint motion to suspend this case pending the resolution of related cases is GRANTED. Counsel will advise the court in the event of any change of status.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge