# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | | |
| RALPH B. BAILEY and<br>DIANNE L. BAILEY, | * | |
| | * | |
| Plaintiffs, | | No. 06-39T |
| | * | |
| v. | | Filed: April 19, 2006 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * | | |

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Lawrence J. Block with his consent.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge