# In the United States Court of Federal Claims

**No. 6-39T**

RALPH B. BAILEY and
DIANNE L. BAILEY,

**NOTICE OF REASSIGNMENT TO:**

Judge Lawrence J. Block

**v.**

**THE UNITED STATES**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop
Brian Bishop, Clerk